## Chandler *v.* Jones.

*Statutory Action of Detinue for Horse.*

1. *Judgment by default.*—In detinue, or the corresponding statutory action for the recovery of personal property in specie, the rendition of judgment final by default, without the intervention of a jury, ascertaining the value of the property, and assessing the damages for its detention, is erroneous.

Appeal from the Circuit Court of Lauderdale.

The record does not show the name of the presiding judge.

This action was brought by H. C. Jones, against E. G. Chandler, for the recovery of a horse, with damages for its detention ; and was commenced before a justice of the peace. The justice having rendered judgment for the plaintiff, the defendant carried the case, by appeal, into the Circuit Court; and in that court, the defendant having failed to appear, the court rendered final judgment by default for the plaintiff, assessing the alternate value of the horse at $50, and the damages for its detention at $20. This judgment is now assigned as error.

O'Neal & O'Neal, for appellant.

Brickell, C. J.—The rendition of final judgment by default, in an action of detinue, without the intervention of a jury, ascertaining the value of the chattel sued for, and assessing damages for its detention, is erroneous.

The judgment is reversed, and the cause remanded.